**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 1 PETITION OF KATHERINE R. CARPENTER, ANDREA G. CAUBLE, AND JESSICA M. NEFF FOR A RECOUNT OF THE ELECTION OF UWCHLAN 1 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263 | : : : : : : : : : : : : | No. 20 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: KATHERINE R. CARPENTER, ANDREA G. CAUBLE, AND JESSICA M. NEFF | : : : | |
| IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 3 PETITION OF CARRIE D. GROSS, SANDRA OYOLA, AND MARSHA BROFKA-BERENDS FOR A RECOUNT OF THE ELECTION OF UWCHLAN 3 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263 | : : : : : : : : : : : : | No. 21 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: CARRIE D. GROSS, SANDRA OYOLA, AND MARSHA BROFKA-BERENDS | : : : | |
| IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 4 PETITION OF MARISA NORMA PEREYRA, KATHERINE J. FARNUM, AND MICHAEL A. FARNUM FOR A RECOUNT OF THE ELECTION OF UWCHLAN 4 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263 | : : : : : : : : : : : : : | No. 22 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |

PETITION OF: MARISA NORMA : 
PEREYRA, KATHERINE J. FARNUM  AND : 
MICHAEL A. FARNUM

IN RE: ELECTION IN REGION 4 FOR : No. 23 MAL 2022
DOWNINGTOWN SCHOOL BOARD : 
PRECINCT UWCHLAN 5 PETITION OF : 
MARGARET L. QUINN, BARBARA L. : Petition for Allowance of Appeal
PHILLIPS, AND HUGH N. O'DONNELL : from the Order of the
FOR A RECOUNT OF THE ELECTION OF : Commonwealth Court
UWCHLAN 5 PURSUANT TO THE : 
ELECTION CODE 25 P.S. 3261, 25 P.S. : 
3031.18(1) AND 25 P.S. 3263 : 
 : 
 : 
PETITION OF: MARGARET L. QUINN, : 
BARBARA L. PHILLIPS, AND HUGH N. : 
O'DONNELL : 

IN RE: ELECTION IN REGION 4 FOR : No. 24 MAL 2022
DOWNINGTOWN SCHOOL BOARD : 
PRECINCT UWCHLAN 9 PETITION OF : 
SUSAN R. MORGAN, BRANDYN C. : Petition for Allowance of Appeal
MULLER CAMPBELL AND DIANE W. : from the Order of the
O'DWYER FOR A RECOUNT OF THE : Commonwealth Court
ELECTION OF UWCHLAN 9 PURSUANT : 
TO THE ELECTION CODE 25 P.S. 3261, : 
25 P.S. 3031.18(1) AND 25 P.S. 3263 : 
 : 
 : 
PETITION OF: BRANDYN C. MULLER : 
CAMPBELL AND DIANE W. O'DWYER : 

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.

[20 MAL 2022, 21 MAL 2022, 22 MAL 2022, 23 MAL 2022 and 24 MAL 2022] - 2